NATIONSTAR MORTGAGE, LLC, Plaintiff/Respondent,

v.

Byron HAYES, Defendant/Appellant,

and

Quintin Clemmons [1], Defendant.

No. ED 97471.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 11, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2012.

Application for Transfer Denied Nov. 20, 2012.

Byron Hayes, St. Louis, MO, pro se.

Millsap & Singer, LLC, Scott D. Mosier, Chesterfield, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and ROY L. RICHTER, J.

### ORDER

**PER CURIAM.**

Byron Hayes appeals *pro se* from the trial court's entry of summary judgment in favor of Nationstar Mortgage, LLC, and

appeal.

Federal National Mortgage Association on their petition to quiet title to real property. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).